## Affidavit in Support of Motion to Dispose of Property

EX #185-1995 Reconstructed Motorcycle bearing no VIN #

On 04/13/99 EX #185 was seized from Robert A. Garrison while in East Moline by Lt. Jeff Patterson.  Lt. Patterson had received information from a reliable source that the motorcycle had been built from stolen parts. Lt. Patterson of the Illinois State Police has been a police officer for over 20 years. He has been assigned to investigations for over15 years with the majority of that being involved in the investigation of sales and distribution of narcotics. He has been involved in the investigation of outlaw motorcycle gangs for over 15 years and has received a number of awards for his investigative acumen as it relates to  motorcycle gangs. He has instructed numerous classes and training sessions on the operation of motorcycle gangs throughout the United States. He was the case agent in Operation Iron Horse and is considered an expert on the operation and activities of the Grim Reapers Motorcycle Club. He has been involved in the investigation of over 100 motorcycle thefts.

Garrison was questioned on 04/13/99 reference the motorcycle and initially lied about possessing it.  He later admitted that the motorcycle was built at Motorcycle Specialties in Davenport, IA by Garrison, Brad Garrison (his cousin) and Duane Lunning who is the owner of Motorcycle Specialties.  Robert Garrison stated he believed the motorcycle was built using used parts purchased at swap meets by Lunning and Brad Garrison, but admitted he was not provided receipts for all of the parts.  He stated the motorcycle had a timing cover engraved with the words "Melon Head and Cousin Bob".

Brad Garrison (Melon Head) and Duane Lunning were both defendants charged in the Operation Iron Horse investigation.  Both plead guilty to RICO charges and charges relating to the theft of over fifty motorcycles.

In September of 1996 a search warrant was served at Motorcycle Specialties and several parts from stolen motorcycles were recovered.

On 06/20/96 a black and gold 1988 Harley Davidson FXRS motorcycle was stolen from Guy Apa from a parking lot of the Commerce Bank at 111 N 6th St, Pekin, IL.  Apa placed the motorcycle in the lot with a for sale sign on it.

On 03/09/99 Barry Dowell admitted in an interview with Lt. Patterson that he and Brad Garrison stole a gold Limited Edition Harley Davidson FXR from a bank parking lot.  The motorcycle had a for sale sign on it.  He believed the parking lot was in Pekin or Peoria.  Dowell further stated that the motorcycle was sold by Brad Garrison to his "cousin Bob" for $2,500.00.  Dowell received his half of the money from Brad Garrison.  Brad Garrison built a new motorcycle for his "cousin Bob" using parts from this motorcycle.  Dowell engraved the timing cover of the motorcycle with the words "Melon Head and Cousin Bob".

On 07/24/99 Guy Apa inspected EX # 185 and visually identified several parts as coming from the motorcycle stolen from him in 1996.  The parts included a shifter that was missing a ruber cover, the foot pegs, the chrome guard over the belt drive which had a large dent and scratch in

the chrome. Apa advised he accidentally put the dent and scratch while lowering the frame on the motorcycle. Apa was also able to see black and gold paint underneath the new paint job and said this paint matched the color of his stolen motorcycle. The mirrors on the motorcycle bore a leaf design which were identical to those from his motorcycle. The jugs were faded black as were the ones from the stolen motorcycle. Numbers from the jugs also indicated they were manufactured in 1988. Apa also identified a chip on the top of the kick stand as being similar to one on his kick stand.

In the affiant's experience when motorcycles are rebuilt from stolen parts, parts bearing identifiable numbers are removed and replaced with aftermarket or used parts. In this case the frame, engine cases, and transmission cases are all new aftermarket parts. The rest of motor and transmission parts are used parts. This is a further indication that the motorcycle is stolen.

Jeff Patterson
Illinois State Police