**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

FILED

MAY 1 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  98-10064 |
| ED DIAS, ET AL. | ) |
| Defendants. | ) |

### ORDER

On the motion of the government, it is hereby ordered that the seized property is to be destroyed or disposed of by Illinois State Police in any manner it deems appropriate.

Entered this 11th day of May, 2006.

s/ Joe B. McDade
JOE B. McDADE
UNITED STATES DISTRICT JUDGE