**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.   98-10064 |
| | ) |
| **ED DIAS, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO DISPOSE OF SEIZED PROPERTY**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and requests an order allowing Illinois State Police to destroy or dispose of the following seized property in any manner it deems appropriate.

| ISP Exhibit No. | Description |
|---|---|
| A22 | Glock 9mm pistol, serial # ZG8464S |
| A29 | Dart gun |
| A32 | O.F. Mossberg & Sons 500C 20 gauge ser. #L221460 |
| A43 | Miscellaneous ammunition |
| A53 | Norinco 7.62mm rifle, serial # 9150557 |
| A54 | Miscellaneous ammunition |
| B3 | 380 ammunition |
| C48 | Davis Derringer, model D38 .38 cal. pistol serial # D092715 |
| E11 | 12 gauge shotgun shell |
| E15 | 3 Fusees Flares |
| E19 | Iver Johnson .38 cal. pistol serial # 10669 |
| GB2 | Smith & Wesson 39-2 9mm pistol serial #A415922 |

| | |
|---|---|
| GC1 | IMEZ .380 cal. pistol serial #BHC0865 |
| GC3 | 7.39 ammunition |
| G10 | Cobray MAC 11 9mm pistol serial #87-0008769 |
| G25 | LLAMA .38 Special pistol serial #0938595 |
| H13 | Smith & Wesson 28 .357 cal. pistol serial #N197139 |
| H16 | Miscellaneous ammunition |
| H24 | Marlin Firearms Co. 70 .22 cal. rifle; no serial number |
| I7 | Smith & Wesson Model 36 .38 cal. pistol serial #1J9200 |
| I10 | Miscellaneous ammunition |
| I24 | Winchester 1400 12 gauge shotgun serial # N620911 |
| I61 | Winchester 94 .30 cal. rifle serial # 3813258 |
| I73 | Ammunition |
| I77 | 5 Magazines / 2 Cylinders |
| I78 | Miscellaneous ammunition |
| I83 | Ruger 1022 .22 cal. rifle serial # 128-88086 |
| I84 | Marlin Firearm Co. 60 .22 cal. rifle; serial #17337312 |
| K1 | Shoulder Holster / 380 ammunition |
| K2 | Browning Arms Co.BDA .380 cal. pistol serial # 23872 |
| M1 | Charter Arms Corp. .44 cal. pistol serial # 312699 |
| M7 | (4) .38 caliber rounds |
| N4 | Crown Royal Bag / ammunition |
| N5 | SKS Semi automatic rifle 22 IN BBL 7.62mm; serial #1500813 |
| N6 | (5) boxes ammunition |
| N12 | Power Max Stun Gun; serial # 014119 |
| N32 | Blazer 44 ammunition |
| O15 | Astra Interarms 9mm pistol serial # 1279343 |
| S13 | Ammunition Magazines |
| S20 | Miscellaneous ammunition |

| | |
|---|---|
| S33 | (3) boxes 5.65 ammunition |
| S39 | Ammunition |
| S53 | (1) Magazine 23 ammo 7 rounds |
| S54 | Sturm, Ruger & Co., Mini 14 .223 cal. serial #183-59741 |
| S55 | AMT .380 pistol serial #DA29197 |
| S56 | Sterling .22 cal. pistol serial # E01609 |
| S57 | Sturm, Ruger & Co. GP100 .357 cal. serial # 173-26654 |
| S58 | Amadeo Rossi & Co. 12 gauge serial # 7151 |
| S59 | Remington 870 12 gauge shotgun serial # A868002M |
| S61 | Springfield Arms Co. 67F 12 gauge shotgun no serial number |
| S62 | Remington 870 12 gauge serial # W17024M |
| S71A | (3) Ammunition boxes |
| U1 | Taurus-Forjas .38 cal. pistol serial #JJ28175 |
| U2 | box 38 ammunition |
| U3 | Mauser 1891 7.62mm rifle serial #C2211 |
| U3B | (6) rounds of 7.65 ammunition |
| U4 | O.F. Mossberg & Sons. 500AB 12 gauge serial #D73368 |
| U4A | (4) 12 gauge shotgun shells |
| U5 | O.F. Mossberg & Sons 500A 12 gauge serial # J745225 |
| U5A | (3) 12 gauge shotgun shells |
| U6 | Smith & Wesson 38 .38 cal. pistol serial # 1619431 |
| U13A | Misc. ammunition |
| U13B | Ammunition Magazines |
| U32 | Marlin Firearms Co. 60W .22 cal. rifle serial #05314890 |

| | |
|---|---|
| 186 | Purported to be cannabis (estimated @ .26 grams) |
| 187 | Sturm, Ruger & Co. P-89 DC 9mm pistol; serial #30446280 |
| 188 | Harrington & Richardson 22 cal. pistol serial #M8079X |
| 189 | Colt Tpr Mark III .38 Special pistol; serial # 72715 |
| 190 | Universal Firearms Corp., Enforcer .30 cal. serial #159245 |
| 191 | Stevens/J. Stevens Arms Co 311 12 gauge; serial # E819771 |
| 192 | Gun repair kit |
| 193 | Sturm, Ruger & Co 1022 .22 cal. rifle serial #118-60190 |
| 194 | Universal Firearms Corp. .30 cal. rifle serial #75454 |
| 195 | (2) pill bottles with cannabis residue |
| 196 | (1) pill bottle containing miscellaneous unknown pills |
| 197 | Unknown .32 caliber pistol; no serial number |
| 198 | Purported to be cannabis (estimated @ 18.00 grams) |
| 199 | Revalation Series K 12 gauge shotgun; no serial number |
| | |

This cause has been concluded as to all defendants and further retention of the seized property is not necessary.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

 s/:  K. Tate Chambers
K. Tate Chambers
Assistant United States Attorney
One Technology Plaza - Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph Bembenek
Attorney at Law
416 Main St., Suite 529
Peoria, IL 61602

James Clements
Attorney at Law
1503 Brady Street
Davenport, L 52803

David Couri
Attorney at Law
414 Hamilton, Suite 100
Peoria, IL 61602

Maribeth Dura
Attorney at Law
4516 N. Sterling
Peoria, IL 61615

William Holman
Attorney at Law
124 NE Madison Ave.
Peoria, IL 61602

Kim Kelley
Attorney at Law
1800 First Financial Plaza
Peoria, IL 61602

Harold M. Jennings
Attorney at Law
PO Box 3335
Bloomington, IL 61702

William Kelly
Attorney at Law
4801 N. Prospect Road
Peoria, IL 61616

John Noll
Attorney at Law
802 S. Second St.
Springfield, IL 62704

John Leuck
Attorney at Law
408 Court
Pekin IL 61554

John Lonergan
Attorney at Law
124 NE Madison
Peoria, IL 61602

Gary Morris
Attorney at Law
411 Hamilton Blvd., Suite 1512
Peoria, IL 61602

Rodney Nordstrom
Attorney at Law
201 W. McClure Ave.
Peoria, IL 61604

Daniel O'Day
Attorney at Law
415 Hamilton Blvd.
Peoria, IL 61602

Jerry Serritella
Attorney at Law
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602

Lee Smith
Attorney at Law
456 Fulton St., Suite 298
Peoria, IL 61602

Michael Spivack
Attorney at Law
915 S. Second St.
Springfield, IL 62704

Kevin Sullivan

Attorney at Law
110 SW Jefferson, Suite 530
Peoria, IL 61602

Michael Wassell
Attorney at Law
400 16th St.
Rock Island, IL 61201

 s/:  Kim Ritthaler
KIM RITTHALER
Legal Secretary

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.    98-10064 |
| | ) |
| **ED DIAS, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

On the motion of the government, it is hereby ordered that the seized property is to be destroyed or disposed of by Illinois State Police in any manner it deems appropriate.

Entered this _____ day of _____, 2006.

_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE