UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 98-10064 |
| ED DIAS, ET AL. ) | |
| Defendants. ) | |

FILED
JUL 3 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER

On the motion of the government, it is hereby ordered that the seized property is to be destroyed or disposed of by Illinois State Police in any manner it deems appropriate.

Entered this 31st day of July, 2006.

s/Joe B. McDade
JOE B. McDADE
UNITED STATES DISTRICT JUDGE