UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   98-10064 |
| ) | |
| ED DIAS, ET AL. ) | |
| ) | |
| Defendants. ) | |

### ORDER

On the motion of the government, it is hereby ordered that the seized property is to be destroyed or disposed of by Mercer County Sheriff's Department in any manner it deems appropriate.

Entered this ___3rd___ day of ___October___, 2006.

s/ Joe B. McDade
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE